

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00269-CR

_____

**RAYMOND WEBER,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

_____

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 15-0773**

_____

## O R D E R

_____

Appellant's counsel presented an *Anders* brief to the Court which was filed on February 21, 2017.  A motion to extend the time for appellant to file his pro se response to counsel's *Anders* brief was also filed on the same date.  The Court has already notified appellant by letter dated February 21, 2017 that appellant has 30 days to file a response to counsel's *Anders* brief if appellant so chooses.  Accordingly, appellant's motion for extension of time is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion dismissed as moot
Order issued and filed March 8, 2017

